Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa\_\_\_ Division

| | |
|---|---|
| Benmichael Olusola Idowu | Case No. 8:26-CV-00079-JLB-LSG |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ✓ Yes ☐ No |
| -v- | |
| Ryan Gagliano, Andrew Adkins, Holmes Beach Police Department, Jennifer Lee Myers, Jayla-Rae Foster, Jacqueline Blanton Steele | JAN 12 2026 PM 1:50 FILED - USDC - FLMD - TPA |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Benmichael Olusola Idowu |
| Address | 3959 NW 32nd Pl |
| | Gainesville, FL 32606 |
| | City / State / Zip Code |
| County | Alachua |
| Telephone Number | 504-858-6346 |
| E-Mail Address | benmichael.idowu@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ryan Gagliano |
| Job or Title (if known) | Police officer |
| Address | 5801 Marina Dr. |
| | Holmes Beach, FL 34217 |
| | City / State / Zip Code |
| County | Manatee |
| Telephone Number | 941-708-5804 |
| E-Mail Address (if known) | |

[✓] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Andrew Adkins |
| Job or Title (if known) | Police officer |
| Address | 5801 Marina Dr. |
| | Holmes Beach, FL 34217 |
| | City / State / Zip Code |
| County | Manatee |
| Telephone Number | 941-708-5804 |
| E-Mail Address (if known) | |

[✓] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
Name: Jayla-Rae Foster
Job or Title (if known): Assistant State Attorney
Address: 1112 Manatee Ave. W. Fl 6
Bradenton, FL 34205
City / State / Zip Code
County: Manatee
Telephone Number: 941-747-3077
E-Mail Address (if known): jrfoster@sao12.org

☑ Individual capacity  ☐ Official capacity

**Defendant No. 4**
Name: Jacqueline Blanton Steele
Job or Title (if known): County Judge
Address: 1051 Manatee Ave. W. PO Box 3000
Bradenton, FL 34206
City / State / Zip Code
County: Manatee
Telephone Number: 941-749-3609
E-Mail Address (if known): pdavidson@jud12.flcourts.org

☑ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to liberty, right to travel
Right to due process, right to remain silent
Right of subrogation
Right to reserve all rights
Right to fair trial

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5:

| | |
|---|---|
| Name: | Jennifer Lee Myers |
| Job or Title: | Assistant State Attorney |
| Address: | 1112 Manatee Ave. W. Fl. 6, Bradenton, FL 34205 |
| County: | Manatee |
| Telephone: | 941-747-3077 |
| Email: | jmyers@sao12.org |
| Capacity: | Individual capacity |

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Ryan Gagliano and Andrew Adkins deprived Benmichael Olusola Idowu, Dana Bartosova and their three (3) children of their right to travel and denied Benmichael Olusola Idowu his right to liberty for approximately seven (7) hours. Attorneys Jennifer Lee Myers and Jayla-Rae Foster denied Benmichael Olusola Idowu his right to due process and refused to dismiss a criminal charge without an injured party. Judge Jacqueline Steele is forcing me to contract with her courts without a justiciable controversy and

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1. Holmes Beach, FL.
2. Bradenton, FL.
3. Bradenton, FL.
4. Bradenton, FL.
5. Bradenton, FL.

B. What date and approximate time did the events giving rise to your claim(s) occur?

1. 8/30/2025 at approximately 12:30am.
2. 9/02/2025 at unknown hour a forged document against defendant was entered into the docket
3. 10/24/2025 at approximately 2:30pm my right to know the jurisdiction and venue was denied.
4. 11/25/2025 at approximately 4:00pm my right to present in propria persona was denied.
5. 12/11/2025 at approximately 2:40pm my right to subrogate was denied.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Officers Ryan Gagliano and Andrew Adkins assaulted and battered Benmichael Olusola Idowu and Dana Bartosova and arrested Benmichael Olusola Idowu. Benmichael Olusola Idowu was further threatened with deprivation of liberty. Dr. Bartosova witnessed.
2. Attorney Jennifer Lee Myers entered a forged document against Benmichael Olusola Idowu.
3. Judge Jacqueline Blanton Steele denied Benmichael Olusola Idowu's right to know jursidiction and venue before proceeding. Attorney Myers struck down a motion to dismiss a criminal complaint with no victim, no contract and no jursidiction from entered by Benmichael Olusola Idowu who reserved all rights.
4. Judge Steele denied Benmichael Olusola Idowu's right to present in propria persona.
5. Judge Steele and Attorney Jayla-Rae Foster denied Benmichael Olusola Idowu's right to subrogation. Attorney Foster struck down a motion to dismiss a criminal complaint with no victim, no contract and no jursidiction from entered by Benmichael Olusola Idowu who reserved all rights.
6. Mail threats - 4 counts

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Bruising on Benmichael Idowu's wrists and shoulders. Dana Bartosova and Benmichael Idowu have suffered mental anguish since 8/30/2025. Neither has received medical treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injunction of Case No. 2025MM002376 to halt further proceedings.
Dismissal of all charges of Case No. 2025MM002376 against BENMICHAEL OLUSOLA IDOWU with prejudice.
Expungement of photographs, fingerprints and other related records taken of BENMICHAEL OLUSOLA IDOWU while in custody.
Removal of Ryan Gagliano from public office.
Removal of Andrew Adkins from public office.
Removal of Jennifer Lee Myers from public office.
Removal of Jayla-Rae Foster from public office.
Removal of Jacqueline Blanton Steele from public office.
$41,270,500.00: armed abuse of office, armed stalking, armed assault and battery, denied propper warrants, violation of oath of office, armed coercion, armed deprivation of rights under color of law, armed kidnapping, harassment, mail threats, failure to protect, armed trespass, malicious prosecution, bar violation of anti-trust laws, unlawful incarceration, armed extortion of rights, forgery, armed gang pressing, conspiracy against rights
$13,600,000.00: accrued bill for damages as of 1/07/2026 per notice to court filed 12/02/2025.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/07/2025

Signature of Plaintiff: /s/ Benmichael O. Idowu
Printed Name of Plaintiff: Benmichael O. Idowu

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                          City          State         Zip Code

Telephone Number
E-mail Address